## WEATHERS & BROTHER v. PRUFROCK.

LITTLE, J. The verdict is sustained by the evidence, and no error calling for a reversal of the judgment appears to have been made by the presiding judge. It was not, therefore, error to overrule the motion for a new trial. *Judgment affirmed. All the Justices concurring.*

Argued November 1, — Decided November 29. 1899.

Appeal. Before Judge Butt. Muscogee superior court. May term, 1899.

*Cameron & Hargett,* for plaintiffs in error.
*J. E. Chapman* and *W. H. McCrory,* contra.

---

## STREET v. FUDGE.

COBB, J. There being no appearance for the plaintiff in error, this case is dismissed for want of prosecution. As there was in the trial court no "judgment for a sum certain" against the plaintiff in error, the motion of the defendant in error, that damages be awarded against his adversary for bringing the case here for delay only, must be denied. See in this connection *Collins Park Company* v. *Short Electric Company,* 95 *Ga.* 570, and cases cited.

*Writ of error dismissed. All the Justices concurring.*

Submitted November 3, — Decided November 29. 1899.

Motion for damages. *J. T. Hill,* for movant.

---

## DOCKINS v. THE STATE.

LEWIS, J. Even if the court erred in admitting illegal testimony, the same could not, in view of the evidence admitted without objection, have resulted in any injury to the accused, and the verdict of guilty was warranted.

*Judgment affirmed. All the Justices concurring, except*

LUMPKIN, P. J., and COBB, J., dissenting. The court erred in admitting hearsay testimony, and, as the same may have been prejudicial to the accused, there should be a new trial.

Argued October 3, — Decided November 30, 1899.

Accusation of selling liquor. Before Judge Proffitt. City court of Elberton. May term, 1899.

*Samuel L. Olive* and *Ira C. VanDuzer,* for plaintiff in error.
*H. J. Brewer, solicitor,* by *George W. Stevens,* contra.